**DISMISS and Opinion Filed February 22, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01297-CV

### TRACY NIXON, Appellant
### V.
### GOLDMAN SACHS MORTGAGE CORPORATION, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14373**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant has been declared a vexatious litigant and is prohibited from filing pro se any new litigation in a court of this State without first obtaining permission from the local administrative judge. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.102(a), 11.103(a) (West Supp. 2016). By letter dated January 10, 2017, we instructed appellant to file, by January 20, 2017, an order signed by the local administrative judge giving appellant permission to file this appeal. By order dated February 6, 2017, we granted appellant's motion for an extension of time and extended the deadline to February 13, 2017. In that order, we cautioned appellant that failure to file the requested order by the specified date will result in dismissal of the appeal without further notice.

As of today's date, appellant has not filed an order signed by the local administrative judge giving him permission to file this appeal. Accordingly, we dismiss the appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.1035(b) (West Supp. 2016).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

161297F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRACY NIXON, Appellant

No. 05-16-01297-CV      V.

GOLDMAN SACHS MORTGAGE
CORPORATION, Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-14373.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered February 22, 2017.